UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DINA ROACH, EVELINA CRUZ, ARCHIL
LOMIDZE and ZAKIR HOSSAIN, Individually
and on behalf of all others similarly situated,

        Plaintiffs,                                    JUDGMENT

   v.                                           23-CV-3410 (EK)(PK)

THE CITY OF NEW YORK, DAVID DO,
Chair of the NYC Taxi and Limousine
Commission, ANDREW RABIN and
ANITA ARMSTRONG,

        Defendants.
------------------------------------------------------------ X

A Memorandum and Order of Honorable Eric Komittee, United States District Judge, having been filed on September 17, 2025, granting the defendants' motion to dismiss; dismissing plaintiffs' due process claims with prejudice; and dismissing the remaining non-federal claims without prejudice; it is

ORDERED and ADJUDGED that the defendants' motion to dismiss is granted; plaintiffs' due process claims are dismissed with prejudice; and the remaining non-federal claims are dismissed without prejudice.

Dated: Brooklyn, NY                                                   Brenna B. Mahoney
       September 19, 2025                                    Clerk of Court

                                                                     By: */s/Jalitza Poveda*
                                                                         Deputy Clerk