## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand twenty-five.

Dina Roach, Evelina Cruz, Archil Lomidze, Zakir Hossain,

        Plaintiffs - Appellants,

    v.

City of New York, David Do, Chair of the NYC Taxi and Limousine Commission, Andrew Rabin, Anita Armstrong,

        Defendants - Appellees.

**ORDER**

Docket No. 25-2552

    On October 17, 2025, the Court issued a notice pursuant to Federal Rule of Appellate Procedure 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having addressed the motion on December 8, 2025,

    IT IS ORDERED that the stay of this appeal is hereby lifted. Appellants must file Forms C and D within 14 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/19/2025